Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (if known): _____    Chapter __11__

❑ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **RAMH Entertainment LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**The Fun Guy**

**All Star Jump**

**Photo Co Spokane**

**Spokane Party and Event Rental**

**RAMH Entertainment**

**3. Debtor's federal Employer Identification Number (EIN)**

__8__ __3__ – __2__ __7__ __7__ __2__ __8__ __0__ __1__

**4. Debtor's address**

**Principal place of business**

**dba All Star Jump**

**10502 E. Montgomery Dr.**
Number          Street

**Spokane, WA 99206-4273**
City                    State    ZIP Code

**Spokane**
County

**Mailing address, if different from principal place of business**

_____

_____
Number          Street

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____

_____
Number          Street

_____
City                    State    ZIP Code

**5. Debtor's website (URL)**          **www.all-starjump.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 1 of 54

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__5__ __3__ __2__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                        MM / DD / YYYY

        Case number, if known _____

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 2 of 54

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>   What is the hazard? _____<br><br>☐   It needs to be physically secured or protected from the weather.<br>☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐   Other _____<br><br>**Where is the property?** _____<br>    Number        Street<br>    _____<br>    _____<br>    City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>              Contact name      _____<br>              Phone             _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 3 of 54

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/19/2026**
MM/ DD/ YYYY

**X** **/s/ Tim Homer**        **Tim Homer**
Signature of authorized representative of debtor     Printed name

Title     **Owner**

**18. Signature of attorney**

**X** **/s/ Amy Wilburn**    Date **02/19/2026**
Signature of attorney for debtor        MM/ DD/ YYYY

**Amy Wilburn**
Printed name

**Law Office of Amy Wilburn, PLLC.**
Firm name

**PO Box 112350**
Number     Street

**Tacoma**     **WA**     **98411**
City     State     ZIP Code

**(253) 617-4380**     **amy@amywilburnlaw.com**
Contact phone     Email address

**49583**     **WA**
Bar number     State

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 4 of 54

Fill in this information to identify the case:

Debtor Name **RAMH Entertainment LLC**

United States Bankruptcy Court for the: **Eastern** District of **Washington**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $25,630.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of Idaho** | **Checking account** | **4 3 2 5** | $4,822.00 |
| 3.2. **Wa Fd** | **Checking account** | **5 0 2 3** | $7.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1** — $30,459.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 5 of 54

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 **Customer Pre-Payments** _____    **$8,796.00**

9. **Total of Part 2**                                                    **$8,796.00**

    Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | **$4,000.00** | - | **$0.00** | =..... ➔ | **$4,000.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$276,437.00** | - | **$264,531.00** | =..... ➔ | **$11,906.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**                                                    **$15,906.00**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 6 of 54

16.1 _____ _____ _____

16.2 _____ _____ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| Concessions | MM / DD / YYYY | unknown | Debtor | $500.00 |
| Spin Arts | MM / DD / YYYY | unknown | Debtor | $40.00 |
| Carnival Games | MM / DD / YYYY | unknown | Debtor | $1,750.00 |
| Inflatables | MM / DD / YYYY | unknown | Debtor | $105,000.00 |
| Generators | MM / DD / YYYY | unknown | Debtor | $1,250.00 |
| Extension Cords | MM / DD / YYYY | unknown | Debtor | $200.00 |
| Stakes | MM / DD / YYYY | unknown | Debtor | $100.00 |
| 2 Mechanical Bulls | MM / DD / YYYY | unknown | Debtor | $9,800.00 |
| Toxic Meltdown/Dizzy X | MM / DD / YYYY | unknown | Debtor | $7,500.00 |
| Surf Machine | MM / DD / YYYY | unknown | Debtor | $14,000.00 |

26-00290-FPC11 Doc 1 Filed 02/19/26 Entered 02/19/26 22:09:11 Pg 7 of 54

| Item | Date | Valuation | Owner | Current value |
|---|---|---|---|---|
| **DC Photo Booth** | MM / DD / YYYY | unknown | Debtor | $7,000.00 |
| **Single Bunjee** | MM / DD / YYYY | unknown | Debtor | $2,400.00 |
| **4-place Bunjee** | MM / DD / YYYY | unknown | Debtor | $4,800.00 |
| **Gyroscope** | MM / DD / YYYY | unknown | Debtor | $1,800.00 |
| **Dunk Tank** | MM / DD / YYYY | unknown | Debtor | $400.00 |
| **Sand Bags/Water Barrels** | MM / DD / YYYY | unknown | Debtor | $40.00 |
| **Tower Photo Booth** | MM / DD / YYYY | unknown | Debtor | $1,000.00 |
| **Aeroball** | MM / DD / YYYY | unknown | Debtor | $1,800.00 |
| **Foam Daddy System** | MM / DD / YYYY | unknown | Debtor | $200.00 |
| **Tools** | MM / DD / YYYY | unknown | Debtor | $500.00 |
| **Miscellaneous Spare Parts** | MM / DD / YYYY | unknown | Debtor | $200.00 |
| **Small Dollies** | MM / DD / YYYY | unknown | Debtor | $125.00 |
| **Large Dollies** | MM / DD / YYYY | unknown | Debtor | $750.00 |
| **Electric Dollies** | MM / DD / YYYY | unknown | Debtor | $400.00 |
| **Sea Crate Container** | MM / DD / YYYY | unknown | Debtor | $3,000.00 |
| **Ladders** | MM / DD / YYYY | unknown | Debtor | $125.00 |
| **Miscellaneous Other Inventory** | MM / DD / YYYY | unknown | Debtor | $500.00 |

23. **Total of Part 5**

     Add lines 19 through 22. Copy the total to line 84.                                          **$165,180.00**

24. **Is any of the property listed in Part 5 perishable?**

     ☑ No

     ❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☑ No

     ❑ Yes.   Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 9 of 54

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Desk and tables | unknown | Debtor | $1,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Office supplies, furniture, computers, monitors, shelving | unknown | Debtor | $1,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$2,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2008 Toyota Tundra / VIN: 5TFRU54178X014041** Non-operational | unknown | Debtor | $2,000.00 |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 10 of 54

| | | | |
|---|---|---|---|
| 47.2 **2013 Toyota Tundra /** VIN: 5TFUM5F17DX039894 | unknown | KBB | $8,750.00 |
| 47.3 **2015 Isuzu NPR /** VIN: JALC4W165F7002395 | unknown | Debtor | $12,500.00 |
| 47.4 **2018 GMC Sierra /** VIN: 1GT12SEY2JF161599 | unknown | | $25,300.00 |
| 47.5 **2025 GMC Sierra /** VIN: 3GTPUAEK7SG362263 | unknown | KBB | $32,750.00 |
| 47.6 **2000 Ford E350 /** Box Truck (former U-Haul) | unknown | Debtor | $2,500.00 |
| 47.7 **2017 Ford /** VIN: 1FTYR1ZM6HKA64113 Transit Van; Back doors crushed | unknown | Debtor | $7,400.00 |
| 47.8 **Forklift** | unknown | Debtor | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **12' Enclosed Trailer** | unknown | Debtor | $500.00 |
| 48.2 **10' Enclosed Trailer** | unknown | Debtor | $500.00 |
| 48.3 **10' Open Trailer (grey)** | unknown | Debtor | $200.00 |
| 48.4 **10' Open Trailer (black)** | unknown | Debtor | $300.00 |
| 48.5 **14' Black Trailer #1** | unknown | Debtor | $625.00 |
| 48.6 **14' Black Trailer #2** | unknown | Debtor | $625.00 |
| 48.7 **10' Aeroball Trailer** | unknown | Debtor | $500.00 |
| 48.8 **10' Tilt Trailer** | unknown | Debtor | $500.00 |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Welder** | unknown | Debtor | $400.00 |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$100,350.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:** Real property

Debtor    **RAMH Entertainment LLC**                        Case number *(if known)* _____
          Name

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br><br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br><br>www-all-starjump.com | unknown | Debtor | $10.00 |
| 62. **Licenses, franchises, and royalties**<br><br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 13 of 54

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $10.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| Bighorn | $550,000.00 − $550,000.00 = ➜ | $0.00 |
|---|---|---|
|  | Total face amount    doubtful or uncollectible amount | |
| Flight 509, LLC | $100,000.00 − $100,000.00 = ➜ | $0.00 |
|  | Total face amount    doubtful or uncollectible amount | |
| TNT Montgomery | $50,000.00 − $50,000.00 = ➜ | $0.00 |
|  | Total face amount    doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____

Tax year _____

Tax year _____

73. **Interests in insurance policies or annuities**

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 14 of 54

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim

Amount requested

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim

Amount requested

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 15 of 54

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,459.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,796.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,906.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $165,180.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........91a. | $323,201.00 | **+** 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..... | | $323,201.00 |

26-00290-FPC11     Doc 1     Filed 02/19/26     Entered 02/19/26 22:09:11     Pg 16 of 54

Fill in this information to identify the case:

Debtor name    **RAMH Entertainment LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **Washington**
                                                                        (State)

Case number (if known):

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**  **Creditor's name**

**GM Financial**

**Creditor's mailing address**

**PO Box 181145**

**Arlington, TX 76096**

**Creditor's email address, if known**

Date debt was incurred    **07/15/2025**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2025 GMC Sierra

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim | Value of collateral |
| --- | --- |
| $43,415.00 | $32,750.00 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,142,667.51

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 17 of 54

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

**Mountain West Bank**

**Creditor's mailing address**

**125 Ironwood Dr.**

**Coeur D Alene, ID 83814**

**Creditor's email address, if known**

_____

**Date debt was incurred**  **01/28/2019**

**Last 4 digits of account number**  **2 8 0 1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Mountain West Bank**; 2) U.S. Small Business Administration

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien

**Describe the lien**

7a Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$376,500.00   $323,726.00

26-00290-FPC11   Doc 1   Filed 02/19/26   Entered 02/19/26 22:09:11   Pg 18 of 54

| Debtor | RAMH Entertainment LLC | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr>
<td colspan="2"><strong>Part 1:</strong>    Additional Page</td>
<td><em>Column A</em><br><strong>Amount of claim</strong><br>Do not deduct the value of collateral.</td>
<td><em>Column B</em><br><strong>Value of collateral that supports this claim</strong></td>
</tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

409 3rd St SW

Washington, DC 20416

**Creditor's email address, if known**

_____

**Date debt was incurred**    05/13/2020

**Last 4 digits of account number**    7 4 0 6

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☑ Yes. The relative priority of creditors is specified on lines __2.2__

**Remarks:** SBA EIDL Loan

**Describe debtor's property that is subject to a lien**

Blanket Lien

**Describe the lien**

NPMSI

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** $1,722,752.51

**Column B:** $323,726.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __3__ of __4__

Debtor **RAMH Entertainment LLC** Case number (if known) _____
Name

<table>
<tr><td colspan="2">**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Office of the U.S. Attorney** <br> **PO Box 1494** <br> **Spokane, WA 99210-1494** | Line 2. **2** | __ __ __ __ |
| **Small Business Administration** <br> **409 3rd St SW** <br> **Washington, DC 20416** | Line 2. **2** | __ __ __ __ |
| **Office of the U.S. Attorney** <br> **PO Box 1494** <br> **Spokane, WA 99210-1494** | Line 2. **3** | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D        Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**        page **4** of **4**

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 20 of 54

Debtor name **RAMH Entertainment LLC**

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

**Idaho State Tax Commission**

**Bankruptcy Division**

**PO Box 36**

**Boise, ID 83722-0410**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $0.00   **Priority amount** $0.00

**2.2** | **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**941 Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $370.00   **Priority amount** $370.00

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 21 of 54

## Part 1:   Additional Page

| **2.4** | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br><br>**Washington State Department of Revenue**<br><br>**ATTN: Bankruptcy Unit**<br><br>**2101 4th Ave Suite 1400**<br><br>**Seattle, WA 98121**<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>**number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:**<br><br>**Payroll Liabilities - PFML & CARES**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $2,188.00 | $2,188.00 |

| **2.5** | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br><br>**Washington State Department of Revenue**<br><br>**ATTN: Bankruptcy Unit**<br><br>**2101 4th Ave Suite 1400**<br><br>**Seattle, WA 98121**<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>**number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:**<br><br>**Labor & Industry Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $3,983.00 | $3,983.00 |

| **2.6** | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br><br>**Washington State Department of Revenue**<br><br>**ATTN: Bankruptcy Unit**<br><br>**2101 4th Ave Suite 1400**<br><br>**Seattle, WA 98121**<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>**number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:**<br><br>**Employment Security Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $6,825.00 | $6,825.00 |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 22 of 54

| Part 1: | Additional Page |

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,359.00 | $3,359.00

**Washington State Department of Revenue**

**ATTN: Bankruptcy Unit**

**2101 4th Ave Suite 1400**

**Seattle, WA 98121**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 23 of 54

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

**509 Karting LLC**

**10502 E. Montgomery Dr. Suite 5**

**Spokane, WA 99206**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Personal loan__

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,500.00**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Chase Bank**

**Bankruptcy Mail Intake Team**

**700 Kansas Ln Floor 01**

**Monroe, LA 71203**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __6__ __7__ __0__ __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$31,741.47**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Flight 509, LLC**

**10502 E. Montgomery Dr. Suite 1**

**Spokane, WA 99206-4273**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$37,707.00**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**TNT Montgomery Property LLC**

**10502 E Montgomery Dr Suite 5**

**Spokane, WA 99206**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Pre-petition rent__

**Is the claim subject to offset?**
☑ No
❑ Yes

**$980,000.00**

---

26-00290-FPC11     Doc 1     Filed 02/19/26     Entered 02/19/26 22:09:11     Pg 24 of 54

| Part 2: | Additional Page |
|---|---|

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$393.00** |

WEX, Inc.

PO Box 183593

Portland, ME 04104

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** _3_ _2_ - _2_

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $16,725.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $1,051,341.47 |
| 5c.  **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $1,068,066.47 |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 26 of 54

Debtor name **RAMH Entertainment LLC**

United States Bankruptcy Court for the: **Eastern** District of **Washington**
(State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Liability Insurance: Auto, Inland Marine, Commercial Property** | **Liberty Mutual** **725 Canton St.** **Norwood, MA 02062** |
| State the term remaining | **10 months** | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** **Contract to be REJECTED** | **TNT Montgomery Property LLC** **10502 E Montgomery Dr Suite 5** **Spokane, WA 99206** |
| State the term remaining | **287 months** | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 27 of 54

Fill in this information to identify the case:

Debtor name **RAMH Entertainment LLC**

United States Bankruptcy Court for the: **Eastern** District of **Washington**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Flight 509 LLC** | **10502 E. Montgomery Dr. Suite 5**<br>Street<br><br>**Spokane, WA 99206-4273**<br>City    State    ZIP Code | **TNT Montgomery Property LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 **Tim Homer** | **10502 E Montgomery Dr**<br>Street<br><br>**Spokane, WA 99206**<br>City    State    ZIP Code | **Mountain West Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **U.S. Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Chase Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **WEX, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 28 of 54

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | _____ Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | _____ Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | _____ Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 29 of 54

Fill in this information to identify the case:

Debtor name _____**RAMH Entertainment LLC**_____

United States Bankruptcy Court for the:
**Eastern District of Washington**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*....................................................................................................................

   | | |
   |---|---|
   | | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................................

   | | |
   |---|---|
   | | **$323,201.00** |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................................

   | | |
   |---|---|
   | | **$323,201.00** |

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | | |
   |---|---|
   | | **$2,142,667.51** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   | | |
   |---|---|
   | | **$16,725.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

   | | |
   |---|---|
   | **+** | **$1,051,341.47** |

4. **Total liabilities**..................................................................................................................................................
   Lines 2 + 3a + 3b

   | | |
   |---|---|
   | | **$3,210,733.98** |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 30 of 54

Fill in this information to identify the case:

Debtor name      **RAMH Entertainment LLC**

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,577.08** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$476,697.34** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$454,294.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 31 of 54

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tim Homer**<br>Creditor's name<br>**10502 E Montgomery Dr**<br>Street<br><br>**Spokane, WA 99206**<br>City   State   ZIP Code<br>**Relationship to debtor**<br>**Owner** | **8/31/2025-1/25/2026** | **$8,311.50** | **Wages** |
| 4.2. **Rilee Homer**<br>Creditor's name<br>**10502 E Montgomery Dr**<br>Street<br><br>**Spokane, WA 99206**<br>City   State   ZIP Code<br>**Relationship to debtor**<br>**Daughter of Owner** | **6/20225-9/2025** | **$3,287.91** | **Wages** |

26-00290-FPC11   Doc 1   Filed 02/19/26   Entered 02/19/26 22:09:11   Pg 32 of 54

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br>_____ | _____ | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | ❏ Pending<br>❏ On appeal<br>❏ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 33 of 54

| 8.1. **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City          State     ZIP Code

City          State     ZIP Code

**Date of order or assignment**

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 34 of 54

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Law Office of Amy Wilburn PLLC** | **Attorney's Fees** | **08/29/2025** | **$700.00** |
| Address | **Attorney's Fees** | **9/29/2025** | **$125.00** |
| **PO Box 112350** Street | **Attorney's Fees** | **11/5/2025** | **$70.00** |
| | **Attorney's Fees** | **2/12/2026** | **$1,785.00** |
| **Tacoma, WA 98411** City State ZIP Code | **Filing Fee** | **2/12/2025** | **$1,738.00** |
| Email or website address | **Attorney's Fees** | **02/19/2026** | **$805.00** |
| Who made the payment, if not debtor? | | | |
| **Tim Homer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

26-00290-FPC11 Doc 1 Filed 02/19/26 Entered 02/19/26 22:09:11 Pg 35 of 54

**13.1.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City　　　　　　State　　ZIP Code

**Relationship to debtor**

---

## Part 7:　Previous Locations

**14.　Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

**14.1.**　　　　　　　　　　　　　　　　　　From _____ To _____

Street

City　　　　　　State　　ZIP Code

---

## Part 8:　Health Care Bankruptcies

**15.　Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1.**

Facility name

Street

City　　　　　　State　　ZIP Code

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

*Check all that apply:*

☐ Electronically

☐ Paper

26-00290-FPC11　　Doc 1　　Filed 02/19/26　　Entered 02/19/26 22:09:11　　Pg 36 of 54

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

❏ No.

☑ Yes.                                 **Names, email addresses, telephone numbers,**

State the nature of the information collected and retained. **addresses**

Does the debtor have a privacy policy about that information?

❏ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

     ❏ No. Go to Part 10.

     ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ❏ No

     ❏ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Wheatland Bank** <br> Name <br> **222 N. Wall Street Suite 100** <br> Street <br><br> **Spokane, WA 99201** <br> City    State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking <br> ❏ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ❏ Other <br> ———— | **2/2026** | **$0.00** |
| 18.2 | **Bank of Montana** <br> Name <br> **125 Bank St.** <br> Street <br><br> **Missoula, MT 59802** <br> City    State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking <br> ❏ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ❏ Other <br> ———— | **2025** | ———— |

26-00290-FPC11     Doc 1     Filed 02/19/26     Entered 02/19/26 22:09:11     Pg 37 of 54

18.3  **Bank CDA** _____  XXXX– __ __ __ __   ☑Checking    **2/2026** _____   **$0.00** _____
      Name                                              ☐ Savings
      **912 Northwest Blvd.** _____                  ☐ Money market
      Street                                            ☐ Brokerage
                                                        ☐ Other
      _____
      **Coeur D Alene, ID 83814** _____              _____
      City            State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City            State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City            State    ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City            State    ZIP Code | | | |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 38 of 54

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City    State    ZIP Code | _____ |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City    State    ZIP Code | City    State    ZIP Code | _____ |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City    State    ZIP Code | City    State    ZIP Code | _____ |  |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 39 of 54

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                    State             ZIP Code | From _____ To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                    State             ZIP Code | From _____ To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | | |
| | Name | |
| | Street | |
| | | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| **Name and address** |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | |

| **Name and address of the person who has possession of inventory records** |
|---|
| 27.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| | | , | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 41 of 54

, From _____
To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | | | |
| **Relationship to debtor**<br><br>_____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**02/19/2026**_____
MM/ DD/ YYYY

**X** **/s/ Tim Homer**_____          Printed name _____**Tim Homer**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**Owner**_____

26-00290-FPC11     Doc 1     Filed 02/19/26     Entered 02/19/26 22:09:11     Pg 42 of 54

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name     **RAMH Entertainment LLC**

United States Bankruptcy Court for the:

    **Eastern District of Washington**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration 409 3rd St SW Washington, DC 20416 | | NPMSI | | $1,722,752.51 | $323,726.00 | $1,722,752.51 |
| 2 | TNT Montgomery Property LLC 10502 E Montgomery Dr Suite 5 Spokane, WA 99206 | | Pre-petition rent | | | | $980,000.00 |
| 3 | Mountain West Bank 125 Ironwood Dr. Coeur D Alene, ID 83814 | | 7a Loan | | $376,500.00 | $323,726.00 | $52,774.00 |
| 4 | Flight 509, LLC 10502 E. Montgomery Dr. Suite 1 Spokane, WA 99206-4273 | | | | | | $37,707.00 |
| 5 | Chase Bank Bankruptcy Mail Intake Team 700 Kansas Ln Floor 01 Monroe, LA 71203 | | | | | | $31,741.47 |
| 6 | GM Financial PO Box 181145 Arlington, TX 76096 | | | | $43,415.00 | $32,750.00 | $10,665.00 |
| 7 | Washington State Department of Revenue ATTN: Bankruptcy Unit 2101 4th Ave Suite 1400 Seattle, WA 98121 | | Employment Security Tax | | | | $6,825.00 |
| 8 | Washington State Department of Revenue ATTN: Bankruptcy Unit 2101 4th Ave Suite 1400 Seattle, WA 98121 | | Labor & Industry Tax | | | | $3,983.00 |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 44 of 54

Debtor    **RAMH Entertainment LLC**          Case number *(if known)* _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Washington State Department of Revenue ATTN: Bankruptcy Unit 2101 4th Ave Suite 1400 Seattle, WA 98121 | | | | | | $3,359.00 |
| 10 | Washington State Department of Revenue ATTN: Bankruptcy Unit 2101 4th Ave Suite 1400 Seattle, WA 98121 | | Payroll Liabilities - PFML & CARES | | | | $2,188.00 |
| 11 | 509 Karting LLC 10502 E. Montgomery Dr. Suite 5 Spokane, WA 99206 | | Personal loan | | | | $1,500.00 |
| 12 | WEX, Inc. PO Box 183593 Portland, ME 04104 | | | | | | $393.00 |
| 13 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | 941 Tax | | | | $370.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 45 of 54

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of Washington

**In re**    RAMH Entertainment LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................................................ _____

Prior to the filing of this statement I have received .................................................................. _____

Balance Due ........................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................................... **$20,000.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................ **$350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____ **$1,738.00** _____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 46 of 54

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**02/19/2026**
_____
*Date*

**/s/ Amy Wilburn**
_____
Amy Wilburn
*Signature of Attorney*

Bar Number: 49583
Law Office of Amy Wilburn, PLLC.
PO Box 112350
Tacoma, WA 98411
Phone: (253) 617-4380

**Law Office of Amy Wilburn, PLLC.**
_____
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**

IN RE: **RAMH Entertainment LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **02/19/2026**    Signature                         **/s/ Tim Homer**

Tim Homer, Owner

509 Karting LLC
10502 E. Montgomery Dr. Suite 5
Spokane, WA 99206


Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Ln Floor 01
Monroe, LA 71203


Flight 509 LLC
10502 E. Montgomery Dr. Suite 5
Spokane, WA 99206-4273


Flight 509, LLC
10502 E. Montgomery Dr. Suite 1
Spokane, WA 99206-4273


GM Financial
PO Box 181145
Arlington, TX 76096


Idaho State Tax Commission
Bankruptcy Division
PO Box 36
Boise, ID 83722-0410


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Liberty Mutual
725 Canton St.
Norwood, MA 02062

Mountain West Bank
125 Ironwood Dr.
Coeur D Alene, ID 83814

Office of the U.S. Attorney
PO Box 1494
Spokane, WA 99210-1494

Small Business
Administration
409 3rd St SW
Washington, DC 20416

Tim Homer
10502 E Montgomery Dr
Spokane, WA 99206

TNT Montgomery Property
LLC
10502 E Montgomery Dr Suite 5
Spokane, WA 99206

U.S. Small Business
Administration
409 3rd St SW
Washington, DC 20416

Washington State Department
of Revenue
ATTN: Bankruptcy Unit
2101 4th Ave Suite 1400
Seattle, WA 98121

WEX, Inc.
PO Box 183593
Portland, ME 04104

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets _____ **$323,201.00**

   b. Total debts (including debts listed in 2.c., below) _____ **$3,210,733.98**

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   d. Number of shares of preferred stock _____

   e. Number of shares common stock _____

   Comments, if any: _____

   _____

   _____

3. Brief description of debtor's business _____

   _____

   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   _____

   _____

   _____

26-00290-FPC11    Doc 1    Filed 02/19/26    Entered 02/19/26 22:09:11    Pg 51 of 54

Fill in this information to identify the case:

Debtor name _____ **RAMH Entertainment LLC** _____

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (if known): _____

❑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

███ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/19/2026** _____
         MM/ DD/ YYYY

**X** **/s/ Tim Homer** _____
Signature of individual signing on behalf of debtor

**Tim Homer** _____
Printed name

**Owner** _____
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Washington

In re **RAMH Entertainment LLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**RAMH Entertainment LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**02/19/2026**_____

Date

_____**/s/ Amy Wilburn**_____

**Amy Wilburn**
Signature of Attorney or Litigant
Counsel for _____**RAMH Entertainment LLC**_____
**Bar Number: 49583**
**Law Office of Amy Wilburn, PLLC.**
**PO Box 112350**
**Tacoma, WA 98411**
**Phone: (253) 617-4380**
**Email: amy@amywilburnlaw.com**

United States Bankruptcy Court
Eastern District of Washington

In re:   RAMH Entertainment LLC                          )          Case No.
                                                         )
                                                         )          **STATEMENT OF WITNESS TO**
                              Debtor(s)                  )          **SIGNING OF DOCUMENT**
                                                         )

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

☒ Voluntary Petition

☒ Declaration Concerning Debtor's Schedules

☒ Statement of Social Security Number

☒ Statement of Affairs

☐ Other: _____

Dated:  2/19/2026 _____

_Amy Wilburn_ _____
Witness Signature

 Amy WIlburn _____
Witness Name (printed or typed)

Address:   Law Office of Amy Wilburn, PLLC _____

                PO Box 112350 _____

                Tacoma WA 98411 _____