Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In re:** | **Case No. 26−00290−FPC11** |
| **RAMH ENTERTAINMENT, LLC,** | **REPLY TO OBJECTION TO APPLICATION TO EMPLOY COUNSEL FOR DEBTOR** |
| **Debtor.** | |

COMES NOW the Debtor, by and through the undersigned attorney, and respectfully replies as follows to the United States Trustee's Obejction to Application to Employ Debtor's Counsel (Docket No. 23):

The Debtor's choice of counsel should be honored. It has long been held that clients may obtain the services of the attorney of his or her choice. (Robert W. Hillman, Client Choice, Contractual Restraints, and the Market for Legal Services, v36:65 Hofstra Law Review 65 (2007). "[W]hen a party is not limited by the constraints of a process yielding court-appointed counsel and is prepared to pay for legal representation, the largely unchallenged assumption is that the party can select as a lawyer whomever she wishes. (Id. At p,66.) Here, the Debtor has made clear in several instances that it wishes for Ms. Wilburn to represent it in this bankruptcy case.

*Dye v. Brown* (*In re AFI Holding, Inc.*), 355 B.R. 139, 148-149 (B.A.P. 9th Cir. 2006); *In re Tevis*, 347 B.R. 679, 687 (B.A.P. 9th Cir. 2006).
a. possession or assertion of an economic interest that would tend to lessen the value of the bankruptcy estate;
b. possession or assertion of an economic interest that would create either an actual or potential dispute in which the estate is a rival



Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380

claimant; or
c. possession of a predisposition under circumstances that create a bias against the estate.

In deciding *Dye v. Brown,* the Court used a totality of the circumstances approach. *Dye v. Brown* (*In re AFI Holding, Inc.*), 355 B.R. 139, 139 (B.A.P. 9th Cir. 2006). The opinion was decided not only on the basis of the insider nature of the applicant, but also due to the applicant's failure to disclose such connections. In the present matter, the applicant is not an insider and has properly disclosed the potential conflict of interest to both the Debtor and the Court. *Id.* at 146.

The Debtor has been advised of a potential conflict of interest, has been offered the opportunity to seek other counsel, and has waived the conflict. Docket No. 16 at pages 16-17 (Application to Employ Counsel). Flight 509, LLC is indeed a creditor of the Debtor and is represented by the same counsel in a separate bankruptcy proceeding. Flight 509, LLC is owed a relatively small unsecured amount of $37,707.00. The Bankruptcy Code and the Federal Rules of Bankruptcy Procedure are clear as to the treatment of such debt. The two parties are not in an adversarial relationship, apart from the debtor-creditor conflict.

The United States Trustee is correct in its Objection stating that "Counsel for each debtor would ordinarily be responsible for investigating intercompany transactions, evaluating the validity and amount of claims between the estates, and advising the debtor regarding how those claims should be addressed in the administration of the case or in any plan of reorganization." Docket No. 23 at Page 5. In fact, Counsel has conducted this investigation and is clear on the relationships between the two companies. In fact, there is such complexity between the two companies that it would likely take a new attorney stepping in significant time to be brought up to speed, resulting in delays in the administration of the estate.



Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380

BASED ON THE FOREGOING, the Debtor respectfully requests that Applicant be employed as Counsel for the Debtor.

/s/ Amy Wilburn
Amy Wilburn (WSBA #49583)
Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380
amy@amywilburnlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2026, or on the next business day, a copy of the above pleading was sent to the below via email and ECF:

Amy Lambdin
Office of the United States Trustee
amy.lambdin@usdoj.gov

/s/ Amy Wilburn
Amy Wilburn (WSBA #49583)
Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380
amy@amywilburnlaw.com