**So Ordered.**

LF 2014-1 (5/96)

**Dated: April 1st, 2026**

Frederick P. Corbit
Frederick P. Corbit
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:

RAMH ENTERTAINMENT, LLC

Debtor(s)

Case No. 26–00290–FPC11

**ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. §327 BY TRUSTEE/ DEBTOR-IN-POSSESSION**

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of Amy Wilburn of Law Office of Amy Wilburn PLLC as attorney for trustee/debtor-in-possession is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §328.

2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

///End of Order///

Presented by:
Amy Wilburn
(Signature/address/phone)
PO Box 112350
Tacoma WA 98411



26-00290-FPC11 Doc 41 Filed 04/02/26 Entered 04/02/26 16:23:10 Pg 1 of 1