So Ordered.

Dated: May 26th, 2026

Frederick P. Corbit
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26- 00290-FPC11** |
| **RAMH ENTERTAINMENT, LLC,** | ) | **ORDER GRANTING DEBTOR'S MOTION FOR DISMISSAL** |
| **Debtor.** | ) | |

Came on to be considered by the Court the Motion for Dismissal filed in open court at the hearing held on May 20, 2026, at 2:00 pm. Based on the motion and pursuant to the Court's oral findings, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that this case is dismissed. It is further



Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380

**ORDERED, ADJUDGED, AND DECREED** that all pending matters and motions are denied as moot.

///End of Order///

Presented by:

/s/ Amy Wilburn
Amy Wilburn (WSBA #49583)
Attorney for Debtor
Law Office of Amy Wilburn, PLLC



Law Office of Amy Wilburn, PLLC
PO Box 112350
Tacoma WA 98411
253-617-4380