Form: ntcdsm
Rev: 11/1/2022

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**RAMH Entertainment LLC**
(Debtor)

Case Number: **26−00290−FPC11**

**NOTICE OF DISMISSAL**

---

NOTICE IS HEREBY GIVEN that an order dismissing the above−entitled case was entered on May 26, 2026.

Date: May 26, 2026

Brian M. Sheehan
CLERK OF COURT