# Notice Recipients

District/Off: 0980−2 User: notice Date Created: 5/26/2026
Case: 26−00290−FPC11 Form ID: ntcdsm Total: 48

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| aty | Amy Wilburn | Amy@amywilburnlaw.com |
| aty | Amy L Lambdin | amy.lambdin@usdoj.gov |
| aty | Benjamin J McDonnell | ben@pyklawyers.com |
| aty | Lance E Olsen | bknotice@mccarthyholthus.com |
| aty | Melissa Williams | Melissa.Williams@atg.wa.gov |
| aty | Molly Smith | molly.smith2@usdoj.gov |
| aty | Scott R. Smith | srs@painehamblen.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | RAMH Entertainment LLC dba All Star Jump 10502 E. Montgomery Dr. Spokane, WA 99206−4273 |
| tr | Kevin D ORourke Southwell & O'Rourke, P.S.−Trustee 4407 N. Division Street Suite 618 Spokane, WA 99207 |
| cr | BankCDA c/o Piskel Yahne Kovarik, PLLC 612 W Main Ave Ste 207 Spokane, WA 99201 |
| cr | AmeriCredit Financial Services, Inc. dba GM Financial c/o McCarthy & Holthus, LLP 108 1st Avenue South, Ste. 300 Seattle, WA 98104 |
| cr | Washington State Taxing Agencies Mellisa Williams, Asst. Atty Gen. Bankruptcy & Collections Unit 800 Fifth Avenue, Suite 2000 Seattle, WA 98104−3188 |
| cr | Wheatland Bank Wheatland Bank, a Washington Bank Corp 222 North Wall, Suite 308 Mailbox 12 Spokane, WA 99201 |
| cr | Small Business Administration Post Office Box 1494 Spokane, WA 99210−1494 |
| cr | AmeriCredit Financial Services, Inc. dba GM Financial P O Box 183853 Arlington, TX 76096 |
| aty | Kevin D ORourke Southwell & O'Rourke, P.S.−Trustee 4407 N. Division Street Suite 618 Spokane, WA 99207 |
| smg | Securities & Exchange Commission Attn: Bankruptcy Counsel 5670 Wilshire Blvd 11th Floor Los Angeles, CA 90036−3648 |
| smg | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346 |
| smg | Attorney General's Office Bankruptcy & Collections Unit 800 Fifth Avenue, Suite 2000 Seattle, WA 98104 |
| smg | State of Washington Department of Revenue 2101 4th Ave, Ste 1400 Seattle, WA 98121−2300 |
| 4401240 | 509 Karting LLC 10502 E. Montgomery Dr. Suite 5 Spokane, WA 99206 |
| 4403390 | AmeriCredit Financial Services, Inc. dba GM Financ P O Box 183853 Arlington, TX 76096 |
| 4413161 | BankCDA c/o Piskel Yahne Kovarik, PLLC Attn: Benjamin J McDonnell 612 W Main Ave, Ste 207 Spokane, WA 99201 |
| 4401241 | Chase Bank Bankruptcy Mail Intake Team 700 Kansas Ln Floor 01 Monroe, LA 71203 |
| 4401242 | Flight 509 LLC 10502 E. Montgomery Dr. Suite 5 Spokane, WA 99206−4273 |
| 4401243 | Flight 509, LLC 10502 E. Montgomery Dr. Suite 1 Spokane, WA 99206−4273 |
| 4401244 | GM Financial PO Box 181145 Arlington, TX 76096 |
| 4401245 | Idaho State Tax Commission Bankruptcy Division PO Box 36 Boise, ID 83722−0410 |
| 4406444 | Idaho State Tax Commission PO Box 36 Boise, ID 83722 |
| 4401246 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 |
| 4406767 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001 |
| 4411512 | Kevin O'Rourke Subchapter V Trustee 4407 N. Division Street, Suite 618 Spokane, WA 99207 |
| 4401247 | Liberty Mutual 725 Canton St. Norwood, MA 02062 |
| 4401248 | Mountain West Bank 125 Ironwood Dr. Coeur D Alene, ID 83814 |
| 4401249 | Office of the U.S. Attorney PO Box 1494 Spokane, WA 99210−1494 |
| 4401250 | Small Business Administration 409 3rd St SW Washington, DC 20416 |
| 4401252 | TNT Montgomery Property LLC 10502 E Montgomery Dr Suite 5 Spokane, WA 99206 |
| 4401251 | Tim Homer 10502 E Montgomery Dr Spokane, WA 99206 |
| 4401253 | U.S. Small Business Administration 409 3rd St SW Washington, DC 20416 |
| 4403504 | US SBA−Seattle Regional Office 2401 Fourth Ave., Suite 450 Seattle, WA 98121 |
| 4403190 | WA Department of Revenue 2101 4th Ave Suite 1400 Seattle, WA 98121 |
| 4405831 | WA ST Dept of Labor and Industries Bankruptcy Unit PO Box 44171 Olympia, WA 98504 |
| 4403050 | WA ST EMPLOYMENT SECURITY DEPARTMENT PO BOX 9046 OLYMPIA, WA 98507−9046 |
| 4401255 | WEX, Inc. PO Box 183593 Portland, ME 04104 |
| 4401254 | Washington State Department of Revenue ATTN: Bankruptcy Unit 2101 4th Ave Suite 1400 Seattle, WA 98121 |
| 4409100 | Wex Bank Attn: Legal / Bankruptcy 1 Hancock Street Portland, ME 04101 |
| 4413233 | Wheatland Bank 222 N. Wall Street, Suite 300 Spokane, WA 99201 |

TOTAL: 40